**UNITED STATES of America,
Plaintiff,**

v.

**Billy Ray CARLISLE, Defendant-
Appellant.**

**Nos. 586–69, 587–69.**

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1970.

John O. Sparks, Asst. U. S. Atty., has filed a brief in Case No. 586–69 for plaintiff.

Before LEWIS and SETH, Circuit Judges.

PER CURIAM.

On review of the record in these cases and the briefs of the parties submitted under Rule 10, we conclude that the appellate issues presented are without merit and so insubstantial as to not require oral argument. The judgments are therefore affirmed for the reasons stated in the memorandum decision of the district court. 303 F.Supp. 627.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**David McCRARY, Defendant-Appellant.**

**No. 23789.**

United States Court of Appeals
Ninth Circuit.

Dec. 9, 1969.

Harriett Buhai (argued), Hollywood, Cal., for appellant.

David P. Curnow (argued), Asst. U. S. Atty., Robert L. Brosio, Asst. U. S. Atty., Wm. Matthew Byrne, Jr., U. S. Atty., Los Angeles, Cal., for appellee.

Before BARNES, KOELSCH and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed. *See* United States v. Stark, 418 F.2d 901, decided November 28th, 1969 (9th Cir.); United States v. Baker, 416 F.2d 202, decided September 17, 1969 (9th Cir.); United States v. Powers, 413 F.2d 834 (1st Cir. 1969); United States v. Stoppleman, 406 F.2d 127 (1st Cir. 1969).

**Joseph J. TAYLOR, Appellant,**

v.

**CALMAR STEAMSHIP CORPORATION,
Appellee.**

**No. 13338.**

United States Court of Appeals
Fourth Circuit.

Argued Dec. 2, 1969.
Decided Jan. 5, 1970.

Bernard J. Sevel, Baltimore, Md. (Russell Jay Bennett, Baltimore, Md., on brief), for appellant.

David R. Owen, Baltimore, Md. (Semmes, Bowen & Semmes, Baltimore, Md., on brief), for appellee.

Before BRYAN, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

The findings of fact are not clearly erroneous. To those findings the district judge applied correct principles of law. Since no other questions are presented, the decision below will be

Affirmed.